IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOME BUILDERS ASSOCIATION OF NORTHERN CALIFORNIA, 200 Porter Drive, #200, San Ramon, California 94583, CALIFORNIA BUILDING INDUSTRY ASSOCIATION, 712 Twelfth Street, Sacramento, California 95814, BUILDING INDUSTRY LEGAL DEFENSE FOUNDATION, 1330 South Valley Vista Drive, Diamond Bar, California 91765,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, H. DALE HALL, Director of the United States Fish and Wildlife Service, in his official capacity, UNITED STATES DEPARTMENT OF THE INTERIOR, LYNN SCARLET, Acting Secretary of the United States Department of the Interior, in her official capacity,<br><br>    Defendants.<br>_____/ | No. C 07-00572 WHA<br><br>**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE VIA TELEPHONE** |

The Court **DENIES** defendants' request to appear at the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: May 8, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE